U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
APR 10 2008
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CARL RILEY | CIVIL ACTION NO. 08-0069 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| TIM WILKINSON, ET AL | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction (DOC. #4) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 10th day of April, 2008.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**